UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

          v.                      06-mc-68-JD

<u>Steven Wilson</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 13, 2007, no objection having been filed.

SO ORDERED.

March 12, 2007                      /s/Joseph A. DiClerico, Jr.
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

cc:     David Plourde, AUSA
         Steven Wilson, pro se